PEOPLE of the State of New York, Respondent, v. Abraham GOLDSTEIN, Appellant. (Supreme Court, Appellate Division, First Depart-

ment. October 20, 1916.) Appeal from Court of Special Sessions, New York County. Abraham Goldstein was convicted of the misdemeanor of violating Penal Law, § 2354, subd. 8, and he appeals. Reversed, and prisoner discharged from custody.

PER CURIAM. We are of opinion that the defendant committed no act in violation of section 2354, subd. 8, of the Penal Law, as added by Laws 1914, c. 332, under which he was convicted. The judgment is therefore reversed, and the prisoner discharged from custody. Settle order on notice.